UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PALLAGROSI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE GAP, INC.; GAP (APPAREL) LLC; GAP INTERNATIONAL SALES, INC.; BANANA REPUBLIC, LLC; and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No. 4:17-cv-05905-HSG<br><br>**ORDER GRANTING JOINT STIPULATION RE: CONTINUANCE OF HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Current Date: March 1, 2018<br>Proposed Date: March 8, 2018<br>Time:   2:00 p.m.<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Ctrm.:  2 – 4th Floor<br>Complaint Filed:   October 13, 2017 |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 32413466.1

# ORDER

The Joint Stipulation between Plaintiff Michael Pallagrosi ("Plaintiff") and Defendants The Gap, Inc., Gap (Apparel) LLC, Gap International Sales, Inc., Banana Republic LLC, and Banana Republic (Apparel) LLC (collectively, "Gap") Re: Continuance of Hearing Date and Briefing Schedule for Gap's Motion to Dismiss Plaintiff's Class Action Complaint ("Motion") is **GRANTED**.

1. That the hearing on Gap's Motion is continued to **March 8, 2018 at 2:00 p.m.**;
2. That the last day for Plaintiff to file an opposition to Gap's Motion is **January 11, 2018**; and
3. That the last day for Gap to file a reply in support of their Motion is **January 25, 2018**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 14, 2017      By: _/s/ Haywood S. Gilliam, Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER GRANTING JOINT STIP. RE HEARING DATE AND BRIEFING SCHEDULE FOR GAP'S MOTION TO DISMISS
4:17-CV-05905-HSG

1

DB2/ 32413466.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES