Todd M. Friedman (216752)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MUNNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GAP, INC., GAP (APPAREL) LLC, GAP INTERNATIONAL SALES, INC., BANANA REPUBLIC LLC and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendant. | **CASE NO:** 3:17-05905-HSG<br><br>**DECLARATION OF TODD M. FRIEDMAN IN RESPONSE TO ORDER TO SHOW WHY HE SHOULD NOT EB SANCTIONS FOR (1) FAILING TO APPEAR AT THE CASE MANAGEMENT CONFERENCE ON JANUARY 16, 2018, AND (2) FAILING TO FILE AN OPPOSITION BRIEF TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT BY JANAUARY 11, 2018 DEADLINE.** |

**I, TODD M. FRIEDMAN, DECLARE AND STATE AS FOLLOWS:**

1. I am competent to testify in a court of law and if called to do so would testify as specified herein.

2. I am Plaintiff's attorney in this matter and was retained to represent him, along with Stephen P. DeNittis and DeNittis Osefchen Prince, P.C., in a claim against Defendants for violations of Various California

Consumer Protection Statutes. Mr. DeNittis is admitted *pro hac vice* in a similar matter involving the same parties, same counsel and this court in the matter *Munning v. The Gap, Inc, et al,* Case No. 4:17-cv-5905 ("Munning Matter").  My office and I are local counsel for Mr. DeNittis in both this matter and the Munning Matter

3. On November 27, 2017, this Honorable Court set a Case Management Conference for January 16, 2018, and on December 14, 2017 this Honorable Court Ordered that Plaintiff file and Opposition to Defendant's Motion to Dismiss Plaintiff's Class Action Complaint by January 11, 2018.

4. My office and Stephen P. DeNittis agreed that Mr. DeNittis' office would appear at the Case Management Conference on January 16, 2018 and that our firm would not need to appear on behalf of Plaintiff. My office and Mr. DeNittis' office also agreed that Mr. DeNittis would take the lead in filing the Opposition to Defendant's Motion within the time period.

5. During the time of the Case Management Conference Mr. DeNittis was in the hospital and could not attend the Conference. Mr. DeNittis is concurrently filing a declaration explaining his incapacitation in the hospital.

6. My office and I were not made aware that Mr. DeNittis was in the hospital until after the Case Management Conference.

Declaration of Todd M. Friedman

7. Had my office been aware that Mr. DeNittis was not available for the Case Management Conference earlier our office would have taken the steps necessary to attend the Conference and Respond to Defendant's Motion.

8. In the future, Plaintiffs' counsel will make diligent efforts to ensure that no hearings or deadlines are missed on this matter. For these reasons, I humbly request that sanctions not be granted in this case.

9. I declare under penalty of perjury that the above statements by me are true and correct.

**FURTHER AFFIANT SAYETH NAUGHT**

Respectfully submitted this January 18, 2018

By: ____s/ Todd M. Friedman_____
Todd M. Friedman, Esq.,
Attorney for Plaintiff, Charles Denton