# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PALLAGROSI, on behalf of himself and all other similarly situated,
Plaintiff(s),

v.

THE GAP, INC.; GAP (APPAREL) LLC; GAP INTERNATIONAL SALES, INC., et al.
Defendant(s).

Case No: 4:17-cv-05905-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Stephen P. DeNittis, an active member in good standing of the bar of New Jersey & Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Michael Pallagrosi in the above-entitled action. My local co-counsel in this case is Todd M. Friedman, Esquire, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 525 Route 73 North, Suite 410<br>Marlton, NJ 08053 | 21550 Oxnard Street, Suite 780<br>Woodland Hills, CA 91367 |
| MY TELEPHONE # OF RECORD:<br>(856) 797-9951 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(877) 206-4741 |
| MY EMAIL ADDRESS OF RECORD:<br>sdenittis@denittislaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>tfriedman@toddflaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 031981997.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/22/18

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stephen P. DeNittis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/22/2018

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                October 2012

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **STEPHEN P DE NITTIS**
(No. **031981997**) *was constituted and appointed an Attorney at Law of New Jersey on* **December 15, 1997** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **19TH** *day of* **January**, 20 **18**

*Clerk of the Supreme Court*

-453e-

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Stephen P. DeNittis

was duly admitted to practice in said Court as of April 1, 1998, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: January 22, 2018

WILLIAM T. WALSH, CLERK

By _____

Marina Lucic Szeflinski,
Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.