LAW OFFICES OF TODD M. FRIEDMAN
Todd M. Friedman, Bar No. 216752
tfriedman@attorneysforconsumers.com
324 South Beverly Drive, #725
Beverly Hills, CA  90212
Tel:   +1.877.206.4741
Fax:   +1.866.633.0228

Attorneys for Plaintiff
MICHAEL PALLAGROSI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PALLAGROSI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE GAP, INC.; GAP (APPAREL) LLC; GAP INTERNATIONAL SALES, INC.; BANANA REPUBLIC, LLC; and BANANA REPUBLIC (APPAREL) LLC,<br><br>Defendants. | Case No. 4:17-cv-05905-HSG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Michael Pallagrosi, by his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, of his claims in the above-captioned action against Defendants.

Dated: Oct. 19, 2018            DENITTIS OSEFCHEN PRINCE, P.C.


BY: /s/ Stephen P. DeNittis
        Stephen P. DeNittis, Esquire
        DeNITTIS OSEFCHEN PRINCE, P.C.
        5 Greentree Centre
        525 Route 73 North, Suie 410
        Marlton, NJ 08053

LAW OFFICES OF TODD M. FRIEDMAN
Todd M. Friedman, Bar No. 216752
tfriedman@attorneysforconsumers.com
324 South Beverly Drive, #725
Beverly Hills, CA  90212
Tel:   +1.877.206.4741
Fax:   +1.866.633.0228

HATTIS LAW
Daniel M. Hattis, Esquire
1134 Crane Street, #216
Menlo Park, CA 94025

Attorneys for Plaintiff
MICHAEL PALLAGROSI

## PROOF OF SERVICE

I, Stephen P. DeNittis, state the following:

On October 12, 2018, I served the foregoing document on the parties listed below:

**Joseph Duffy, Esq.**
**Esther K. Ro, Esq.**
**Morgan, Lewis & Bockius, LLP**
**Attorneys for Defendants**

By the following means of service:

[X]   **BY ELECTRONIC CASE FILING:** I filed the submitted documents listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]   **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on October 12, 2018.

By:   /s/ Stephen P. DeNittis
Stephen P. DeNittis

2